BEFORE THE SECOND DIVISION, OCTOBER 22, 1943

**No. 48907.**—Protests 941822–G, etc., of Spiegel Bros. Corp. (New York).

Opinion by LAWRENCE, J. The record established that these horns are used exclusively on bicycles to produce warning signals and that they are similar to those the subject of *Spiegel* v. *United States* (9 Cust. Ct. 194, C. D. 692), which record was incorporated herein. In accordance therewith the claim at 30 percent under paragraph 371 was sustained.

**No. 48908.**—Protest 78944–K of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted proof established that the wreaths are similar to those involved in *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188), which record was incorporated herein. Following the cited case the claim at 35 percent under paragraph 353 was sustained.

**No. 48909.**—Protest 94158–K of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. The record established that the pencil sharpeners are similar to those involved in Abstract 41633, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 48910.**—Protests 95209–K, etc., of M. Pressner & Co. et al. (New York).

Opinion by LAWRENCE, J. Following Abstract 48152, which record was incorporated herein, the claim under paragraph 397 as modified was sustained.

**No. 48911.**—Protest 98136–K of Winsor & Newton, Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted record showed the articles to be in chief value of tin plate, similar to those the subject of Abstract 46411, which record was incorporated herein. In accordance therewith the protest was sustained to that extent.